UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NIKOLAS LEE CARLESON HOLMGREN,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER TAWES, *et al.*,<br><br>Defendants. | Case No. C26-6243-LK-MLP<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled § 1983 action. After careful consideration of the application and supporting materials, the Court ORDERS as follows:

(1) Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. As set forth below, an initial partial filing fee will be collected, and thereafter each month Plaintiff is required to pay twenty (20) percent of the preceding month's income credited to his account until the full amount of the filing fee is satisfied.

(2) Pursuant to 28 U.S.C. § 1915 and Plaintiff's approved application to proceed IFP, the institution having custody of the above-named Plaintiff is directed to calculate an initial partial filing fee equal to twenty (20) percent of the greater of either: (1) the average monthly

deposits to Plaintiff's account; or (2) the average monthly balance in Plaintiff's account for the six-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Clerk as soon as practicable.

Subsequently, if Plaintiff's account exceeds $10.00, each month the financial officer of the correctional facility is directed to collect and forward payments equal to twenty (20) percent of Plaintiff's preceding month's income credited to Plaintiff's account. In the event that the monthly payment would reduce Plaintiff's account below $10.00, the financial officer should collect and forward only that amount which would reduce Plaintiff's account to $10.00. This $10.00 limit does not apply to the initial partial filing fee described above. Finally, the monthly payments should be collected and forwarded to the Court until the entire filing fee ($350.00) for this matter has been paid.

(3) The Clerk is directed to send a copy of this order to Plaintiff, to the financial officer of the Court, and to the financial officer of the correctional facility.

The Clerk is directed to send copies of this order to the parties and to the Honorable Lauren J. King.

Dated this 20th day of October, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge